UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOBOBA BAND OF LUISEÑO INDIANS, a federally recognized Indian tribe,<br><br>    Plaintiff,<br><br>  v.<br><br>METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA, a California metropolitan water district,<br><br>    Defendant,<br><br>  v.<br><br>EASTERN MUNICIPAL WATER DISTRICT, a California water district,<br><br>    Third Party Defendant. | Case No.: CV 00-04208-GAF(MANx)<br><br>ORDER GRANTING JOINDER OF PARTIES AND REQUEST FOR ENTRY OF JUDGMENT AND DECREE<br><br>Honorable Gary A. Feess |

The Court having considered the *Stipulation and Request for Entry of Judgment and Decree* submitted by plaintiff Soboba Band of Luiseño Indians, defendant and third party plaintiff The Metropolitan Water District of Southern

1

California, and third party defendant the Eastern Municipal Water District, with the consent of the Lake Hemet Municipal Water District, a California municipal water district, and the United States of America for the benefit of the Soboba Band of Luiseño Indians, and good cause therefor appearing,

It is hereby ORDERED that:

(1) the Lake Hemet Municipal Water District, a California municipal water district, is joined as a party in this action;

(2) the United States of America for the benefit of the Soboba Band of Luiseño Indians is joined as a party in this action; and,

(3) the request for entry of the Judgment and Decree attached to the *Stipulation and Request for Entry of Judgment and Decree* is granted.

Dated January 27, 2009

GARY ALLEN FEESS
United State District Judge

Approved:

/S/

Karl E. Johnson
Thomas E. Luebben
Luebben Johnson & Barnhouse LLP
Counsel for Soboba Band of Luiseño Indians

/S/

Grant Burton
Senior Deputy General Counsel
Counsel for The Metropolitan Water District of Southern California

/S/
_____
Steven B. Abbott
Gerald D. Shoaf
Redwine & Sherrill
Counsel for Eastern Municipal Water District


/S/
_____
Arthur L. Littleworth
Bradley E. Neufeld
Best Best & Krieger LLP
Counsel for Lake Hemet Municipal Water District


/S/
_____
Patrick Barry
United States Department of Justice
Counsel for United States of America